UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHESTER CLASBY ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 03-12450-RCL |
| ) | |
| UNITED STATES OF AMERICA, ) | |
|     Defendant ) | |

### ORDER OF RECUSAL

LINDSAY, D.J.

    I hereby recuse myself with respect to the above-entitled action because the plaintiff's counsel and I are friends of long standing.

                             /s/ REGINALD C. LINDSAY
                             United States District Judge

DATED: December 10, 2003