UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE
2003 DEC 19 A 8:49
U.S. DISTRICT COURT
DISTRICT OF MASS.

CHESTER CLASBY    )
                  )
     v.           )   CIVIL NO. 03-12450-DPW
                  )
UNITED STATES OF AMERICA )

## GOVERNMENT'S MOTION TO ENLARGE TIME

The government respectfully moves that this Court enlarge the time within which the government may respond to the motion to vacate, set aside or correct sentence filed by Chester Clasby so as to be due January 30, 2004. As grounds for this motion, the government states that it is currently trying to determine the status of petitioner's state court sentences, and the undersigned U.S. Attorney will be out of the office after today, and not returning until January 5, 2004, the day the government's response is due. Thereafter, the government will have to formulate its response in light of the information received from state officials. In order that the government may respond in a complete and helpful fashion, the government asks that this 25-day requested enlargement be granted.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Timothy Q. Feeley
TIMOTHY Q. FEELEY
Assistant U.S. Attorney
(617) 748-3172

December 19, 2003

I, Timothy Q. Feeley, Assistant U.S. Attorney, do hereby certify that I have this date served by mail a copy of the

foregoing, to Willie J. Davis, Esq., Davis, Robinson & White, One Faneuil Hall Marketplace, Boston, MA 02109.

_____
TIMOTHY Q. FEELEY
Assistant U.S. Attorney