UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHESTER CLASBY,
      Petitioner,

      V.               CIVIL ACTION NO. 03-12450-DPW

UNITED STATES OF AMERICA,
      Respondent

### **ORDER OF DISMISSAL**

WOODLOCK, District Judge

    In accordance with this Court's Order entered June 1, 2004

directing the dismissal of this action, it is hereby ORDERED that the

above-entitled action be, and it hereby is, DISMISSED.


                  BY THE COURT,


                  /s/ Rebecca Greenberg
                Deputy Clerk



DATED: June 1, 2004