UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2004 JUN 24 A 9:55

U.S. DISTRICT COURT
DISTRICT OF MASS.

CHESTER CLASBY

V.                    CIVIL ACTION NO. 03-12450-DPW

UNITED STATES OF AMERICA

NOTICE OF APPEAL

FILING FEE PAID:
RECEIPT # 56884
AMOUNT $ 255.00
BY DPTY CLK
DATE 6/24/04

Notice is hereby given that the petitioner in the above matter appeals from the dismissal of his 2255 petition on June 1, 2004, and the denial of his motion for reconsideration on June 22, 2004.

By his attorney,

*Willie J. Davis*

WILLIE J. DAVIS
BBO#: 116460
Davis, Robinson & White
One Faneuil Hall Marketplace
Boston, MA 02109
(617) 723-7339

## CERTIFICATE OF SERVICE

I hereby certify that notice of the filing of the within notice of appeal was served up the Government this 24th day of June, 2004, by mailing a copy thereof, postage prepaid, to Timothy Q. Feeley, Assistant United States Attorney, United States Courthouse, One Courthouse Way, Boston, MA 02210.

*Willie J. Davis*
WILLIE J. DAVIS