# United States Court of Appeals
## For the First Circuit

---

No. 04-1865

CHESTER CLASBY,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

---

Before

Boudin, <u>Chief Judge</u>,
Lynch and Lipez, <u>Circuit Judges</u>.

---

JUDGMENT

Entered: May 31, 2005

    Appellant has not demonstrated that his federal sentence has been served. A consecutive sentence may begin when a prisoner is paroled on a previously imposed state sentence; being statutorily eligible to seek parole does not terminate the state sentence or trigger the beginning of a consecutive federal sentence.

    The judgment of the district court is summarily <u>affirmed</u>. <u>See</u> 1st Cir. R. 27(c).

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER
By:_____
      Chief Deputy Clerk.

[cc: Willie J. Davis, Esq., Timothy Q. Feeley, Esq. and Dina Michael Chaitowitz, Esq.]